USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENNOTI, INC,

                Plaintiff(s)                             08 civ 3118 (JGK)

        -against-                                   ORDER
COMPLAINTSBOARD.COM

                Defendant(s).
------------------------------------------------------------X

      The Clerk is hereby ordered to strike Document 3 and reopen the above-captioned matter.

SO ORDERED.

                                                  JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 28, 2008

CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:08-cv-03118-JGK
# Internal Use Only

Bennoti, Inc v. Complaintsboard.com et al
Assigned to: Judge John G. Koeltl
Demand: $9,999,000
Cause: 28:1391 Personal Injury

Date Filed: 03/27/2008
Date Terminated: 05/23/2008
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Bennoti, Inc**      represented by **Richard Morris Mortner**
The Mortner Law Office, P.C.
40 Broad Street
Suite 500
New York, NY 10004
(212) 480 2181
Fax: (212) 354-5323
Email: rmm@mortnerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Complaintsboard.com**

**Defendant**

**Elizabeth Arden**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | 1 | COMPLAINT against Complaintsboard.com, Elizabeth Arden. (Filing Fee $ 350.00, Receipt Number 646016)Document filed by Bennoti, Inc. (rdz) (rdz). (Entered: 03/28/2008) |
| 03/27/2008 |  | SUMMONS ISSUED as to Complaintsboard.com, Elizabeth Arden. (rdz) (Entered: 03/28/2008) |
| 03/27/2008 |  | Magistrate Judge Kevin N. Fox is so designated. (rdz) (Entered: 03/28/2008) |

| 03/27/2008 |  | Case Designated ECF. (rdz) (Entered: 03/28/2008) |
| --- | --- | --- |
| 03/27/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bennoti, Inc.(rdz) (Entered: 03/28/2008) |
| 05/23/2008 | 3 | ORDER OF DISCONTINUANCE: It having been reported to this Court that the parties have settled this action. It is hereby Ordered that this matter be discontinued with prejudice but without costs; provided however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event this action will be restored.. (Signed by Judge John G. Koeltl on 5/22/2008) (jfe) (Entered: 05/23/2008) |
| 05/23/2008 |  | (Court only) ***Civil Case Terminated.*** (jfe) (Entered: 05/23/2008) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LANGEVELD BULB CO.,

          Plaintiff(s)                      08 civ 3118 (JGK)

    -against-                    ORDER OF DISCONTINUANCE

M/V "NEDLLOYD GENOA",

          Defendant(s).
------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this 22nd day of May, 2008, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                        JOHN G. KOELTL
                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 22, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008