United States District Court
Southern District of New York

------------------------------------

BENNOTI, INC.,

                Plaintiff,

    - against -

COMPLAINTSBOARD.COM and ELIZABETH ARDEN,

                Defendants.

------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-08-08
```

08 Civ. 3118 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff's time to serve the summons and complaint, including any amended complaint, is extended to **August 29, 2008**.

SO ORDERED.

Dated: New York, New York
       July 7, 2008

                                            John G. Koeltl
                                     United States District Judge